G. Y. Herlong and Julia Herlong, his wife, Appellants, v. J. C. Sheffield, Appellee.

Appeal from a Decree of the Circuit Court for Columbia County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

A. B. & C. C. Small, for Appellants;

Palmer & Palmer, for Appellees.

———

Southern Asphalt & Construction Company, a Corporation, Plaintiff in Error, v. Cyril Stirrup, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Monroe County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

W. Hunt Harris, for Plaintiff in Error;

E. M. Semple and H. H. Taylor, for Defendant in Error.

———

Florida Warehouse & Dock Company, a Corporation, Appellant, v. The W. W. Cummer & Sons Company, a Corporation, Appellee.

Appeal from a Decree of the Circuit Court for Duval County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

J. T. G. Crawford, for Appellant;

D. H. Doig and Bisbee & Bedell, for Appellee.